# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

**Bankruptcy Case No.:** 20−50960−rbk
**Chapter No.:** 7
**Judge:** Ronald B. King

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tyrone Dewayne Clakely
fdba Inspiring Studios of San Antonio, LLC
8815 Study Butte
San Antonio, TX 78254
**SSN/TAX ID:**
xxx−xx−4245

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered:

   for Debtor on **6/24/20**                        for Joint Debtor (if any) on **N/A**

Dated: 6/24/20

                                       Barry D. Knight
                                       Clerk, U. S. Bankruptcy Court

**[Notice of Dismissal (BK)]** [NtcDsmBKapac]