# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-50960K |
| TYRONE CLAKELY | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 PROCEEDING |

## EMERGENCY MOTION TO REINSTATE DEBTOR'S
## CHAPTER 7 BANKRUPTCY CASE

**AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED HEREIN WITHOUT FURTHER HEARING UNLESS A WRITTEN OBJECTION AND REQUEST FOR HEARING IS FILED WITH THE CLERK WITHIN FOURTEEN (14) DAYS OF THE DATE OF ISSUANCE OF THIS NOTICE. ANY SUCH OBJECTION MUST ALSO BE SERVED UPON THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.**

**TO THE HONORABLE RONALD B. KING, CHIEF U.S. BANKRUPTCY JUDGE:**

NOW COME **TYRONE CLAKELY** Debtors herein, by and through their attorney of record, **THE VASQUEZ LAW FIRM,** asking this honorable Court to reinstate their Chapter 7 Bankruptcy Case 20-50960 and in support, Debtors allege as follows:

I.

That on May 20, 2020, Debtors filed a petition for relief under Chapter 7.

II.

Due to an inadvertent clerical error the Declaration for Electronic Filing for the Debtors' Voluntary Petition was not filed electronically with the Court and the Debtors' case was dismissed on June 24, 2020.

III.

The dismissal was a result of a clerical oversight which has now been corrected. The Declaration for Electronic Filing for the Debtors' Voluntary Petition was filed with the Court on today's date as Docket Number 10 and a copy of the electronic receipt is attached hereto as Exhibit "A".

IV.

Debtors respectfully request this Honorable Court reinstate Debtor's Chapter 7 Bankruptcy Case to allow the Debtors to successfully complete their case and obtain a discharge.

PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Debtor(s) prays that this Honorable Court approve this Motion to Reinstate Debtors' Chapter 7 Bankruptcy Case.

Respectfully Submitted,

**THE VASQUEZ LAW FIRM**
5411 IH-10 West, Ste. 100
San Antonio, Texas 78201
Office (210) 229-2067
Fax (210) 733-0439

by: _/s/ Ruben E. Vasquez_
RUBEN E. VASQUEZ
SBN: 24039223

## CERTIFICATE OF SERVICE

I hereby certify that on this date, a true and correct copy of the above and foregoing Motion was served VIA Electronic means as listed on the court's ECF noticing system and/or Regular First Class mail to the following entities, parties-in-interest and all creditors on the attached matrix.

Date: June 29, 2020

| | |
|---|---|
| Tyrone D. Clakely | Johnny W. Thomas |
| 8815 Study Butte | Chapter 7 Trustee |
| San Antonio, Texas 78254 | 1153 E. Commerce |
| | San Antonio, Texas 78205 |

_/s/ Ruben E. Vasquez_
RUBEN E. VASQUEZ