**The relief described hereinbelow is SO ORDERED.**

**Signed July 17, 2020.**

_____
**Ronald B. King
Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-50960K |
| TYRONE D. CLAKELY | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 PROCEEDING |

### ORDER GRANTING EMERGENCY MOTION TO
### REINSTATE DEBTOR'S CHAPTER 7 BANKRUPTCY CASE

Came on to be considered the Motion filed herein by Debtors, **TYRONE D. CLAKELY** by and through their attorney of record, **THE VASQUEZ LAW FIRM,** to reinstate the above-styled Chapter 7 case; the Court having considered the Motion, and it appearing to the Court that notice is proper and the motion well taken holds it should be granted; it is, therefore,

**ORDERED, ADJUDGED AND DECREED** that Debtors, **TYRONE D. CLAKELY** Bankruptcy Chapter 7 Case 20-50960K is hereby reinstated.

###

**THIS ORDER WAS PREPARED AND SUBMITTED BY:**
**THE VASQUEZ LAW FIRM,** 5411 IH-10 West, Ste 100, San Antonio, Texas 78201,(210) 229-2067 Office