**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.  20-50960K |
| | § | |
| TYRONE DEWAYNE CLAKELY | § | |
| | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

**NOTICE OF RESET OF 341 MEETING OF CREDITORS**

You are hereby notified the 341 Meeting of Creditors originally scheduled for June 23, 2020 at 3:00 p.m. has been rescheduled to **September 15, 2020 at 11:00 a.m.** The meeting will be held at **telephonically.  The phone number is 866-819-0791 and the access code is 8185662#**.

Dated this 8th day of September, 2020.

                                                                                Respectfully Submitted,

                                                                                **THE VASQUEZ LAW FIRM**
                                                                                5411 IH-10 West, Ste. 100
                                                                                San Antonio, Texas 78201
                                                                                Office (210) 229-2067
                                                                                Fax (210) 733-0439

                                                                            by: */s/ Ruben E. Vasquez*
                                                                                 RUBEN E. VASQUEZ
                                                                                 TBN: 24039223

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing was served via Electronic Noticing System and/or Regular First Class Mail to the following entities, parties-in-interest and all parties listed on the attached mailing matrix on this the 8th day of September, 2020.

Johnny W. Thomas
Chapter 7 Trustee
St. Paul Square
1153 E. Commerce
San Antonio, Texas 78205

United States Trustee
P.O. Box 1539
San Antonio, Texas 78295

Mr. Tyrone Dewayne Clakely
8815 Study Butte
San Antonio, TX 78254

Debtors

                                                      */s/Ruben E. Vasquez*
                                                      **RUBEN E. VASQUEZ**