| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Tyrone** **Dewayne** **Clakely** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | **20-50960K** |

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $0.00 | $0.00 | $0.00 |

**Texas Attorney General**
Priority Creditor's Name
**Child Support Division**
Number  Street
**PO Box 12017**

**Austin** **TX** **78711-2548**
City  State  ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1  **Tyrone Dewayne Clakely**  Case number (if known) **20-50960K**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   - ☒ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

### 4.1   $1,818.00

**Connexus CU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 8026**

**Wausau               WI      54402**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **1  1  0  3**
When was the debt incurred? **01/23/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Check Credit or Line of Credit**

### 4.2   $519.99

**Credit Collection Services**
Nonpriority Creditor's Name
**725 Canton Street**
Number    Street

**Norwood              MA      02062**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number **6  2  5  0**
When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify **Collection Account**

Debtor 1 **Tyrone Dewayne Clakely**     Case number (if known) **20-50960K**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3
**Dunn PLLC. Attorneys & Counselors**
Nonpriority Creditor's Name
**405 Main Street Suite 836**
Number    Street
**Houston, TX 77002**
**c/o Ryan Dunn**

City    State    ZIP Code

**Total claim: $0.00**

Last 4 digits of account number __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Notice Only**

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 4.4
**Liftfund**
Nonpriority Creditor's Name
**2007 W Martin St**
Number    Street

**San Antonio    TX    78207**
City    State    ZIP Code

**Total claim: $10,586.00**

Last 4 digits of account number **1 3 0 1**
When was the debt incurred? **04/09/2018**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unknown Loan Type**

Is the claim subject to offset?
- [x] No
- [ ] Yes

### 4.5
**USAA Federal Savings Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**10750 McDermott Freeway**
**San Antonio,, TX 78288**
City    State    ZIP Code

**Total claim: $17,974.00**

Last 4 digits of account number **4 1 1 0**
When was the debt incurred? **02/2008**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

Is the claim subject to offset?
- [x] No
- [ ] Yes

Debtor 1 **Tyrone Dewayne Clakely**     Case number (if known) **20-50960K**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| | |
|---|---:|
| | **Total claim** |
| 4.6 | $6,535.00 |

**USAA Federal Savings Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**10750 McDermott Freeway**

**San Antonio**    **TX**    **78288**
City      State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1**   **0**   **5**   **9**
**When was the debt incurred?**   **05/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Unsecured**

Debtor 1   **Tyrone Dewayne Clakely**                                 Case number (if known)  **20-50960K**

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

| **Alina Hayble** | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| Name | |
| **16722 Blackland Prairie Drive** | Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number  Street | **Domestic Support Obligation**  ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Cypress**   **TX**   **77433** | Last 4 digits of account number ___ ___ ___ ___ |
| City  State  ZIP Code | |

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 5

Debtor 1 **Tyrone Dewayne Clakely**     Case number (if known) __20-50960K__

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

**Total claims from Part 1**

| | | Total claim |
|---|---|---|
| 6a. | Domestic support obligations | 6a. $0.00 |
| 6b. | Taxes and certain other debts you owe the government | 6b. $0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
| 6e. | **Total.** Add lines 6a through 6d. | 6d. $0.00 |

**Total claims from Part 2**

| | | Total claim |
|---|---|---|
| 6f. | Student loans | 6f. $0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $37,432.99 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. $37,432.99 |

**Fill in this information to identify your case:**

Debtor 1: **Tyrone** **Dewayne** **Clakely**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): 
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **20-50960K**

☑ Check if this is an amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.................................................. **$300,300.00**

   1b. Copy line 62, Total personal property, from Schedule A/B..................................... **$22,924.50**

   1c. Copy line 63, Total of all property on Schedule A/B................................................ **$323,224.50**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$333,301.46**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$37,432.99**

   **Your total liabilities** **$370,734.45**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I.................................................................... **$6,244.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J............................................................................. **$6,241.00**

Official Form 106Sum   Summary of Your Assets and Liabilities and Certain Statistical Information   page 1

Debtor 1     **Tyrone Dewayne Clakely**                    Case number (if known)  **20-50960K**

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
    ☑ Yes

7.  **What kind of debt do you have?**

    ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.     **$1,220.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

    **Total claim**

    **From Part 4 on** *Schedule E/F,* **copy the following:**

    9a. Domestic support obligations.  (Copy line 6a.)                                         **$0.00**

    9b. Taxes and certain other debts you owe the government.  (Copy line 6b.)                **$0.00**

    9c. Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)      **$0.00**

    9d. Student loans.  (Copy line 6f.)                                                       **$0.00**

    9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)     **$0.00**

    9f. Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)  + **$0.00**

    9g. **Total.**   Add lines 9a through 9f.                                                 **$0.00**

**Fill in this information to identify your case:**

Debtor 1 __**Tyrone**__  __**Dewayne**__  __**Clakely**__
        First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number **20-50960K**
(if known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Tyrone Dewayne Clakely**       X _____
Tyrone Dewayne Clakely, Debtor 1      Signature of Debtor 2

Date **09/15/2020**      Date _____
MM / DD / YYYY      MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Tyrone Dewayne Clakely**　　　　　　　　　　　　CASE NO **20-50960K**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

*AMENDED 9/15/2020*
**VERIFICATION OF CREDITOR MATRIX**

　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/15/2020　　　　　　　　　　　　Signature  /s/ Tyrone Dewayne Clakely
　　　　　　　　　　　　　　　　　　　　　　　　　　*Tyrone Dewayne Clakely*

Date _____　　　　Signature _____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Tyrone Dewayne Clakely**　　　　　　　　CASE NO. **20-50960K**

　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

## Certificate of Service

I hereby certify that on the 15th day of September 2020, a true and correct copy of the Amended E and Amended Matrix was served via Electronic means as listed on the Court's ECF noticing system and/or Regular First-Class Mail to the parties listed below:

Date: **9/15/2020**　　　　　　　　　　　　　　/s/ Ruben E. Vasquez
　　　　　　　　　　　　　　　　　　　　　　　　**Ruben E. Vasquez**
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)

Alina Hayble
16722 Blackland Prairie Drive
Cypress, TX 77433

Johnny W. Thomas
St. Paul Square
1153 E. Commerce
San Antonio, Texas 78205

Texas Attorney General
Child Support Division
PO Box 12017
Austin, TX 78711-2548

Tyrone Dewayne Clakely
8815 Study Butte
San Antonio, TX 78254