## **ADD**

Alina Hayble
16722 Blackland Prairie Drive
Cypress, TX 77433


Texas Attorney General
Child Support Division
PO Box 12017
Austin, TX 78711-2548